09-1038-ag(L), 09-1646-ag(XAP)
County Waste of Ulster, LLC v. National Labor Relations Board

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

**SUMMARY ORDER**

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of July, two thousand ten.

Present:
WILFRED FEINBERG,
JOHN M. WALKER, JR.,
ROBERT A. KATZMANN,
*Circuit Judges*.

_____

COUNTY WASTE OF ULSTER, LLC,

      *Petitioner-Cross-Respondent,*

        v.                     No. 09-1038-ag(L), 09-1646-ag(XAP)

NATIONAL LABOR RELATIONS BOARD,

      *Respondent-Cross-Petitioner*, and

LOCAL 108, LIUNA,

      *Intervenor-Respondent.*

_____

For Petitioner-Cross-Respondent:   STUART WEINBERGER, Goldberg & Weinberger, New York, NY

For Respondent-Cross-Petitioner:   AMY H. GINN, Attorney (Julie B. Broido, Supervisory Attorney, Ronald Meisburg, General Counsel, John E. Higgins, Jr., Deputy General Counsel, John H. Ferguson, Associate General Counsel, Linda Dreeben, Deputy Associate General Counsel, *of counsel*), National Labor Relations Board, Washington, DC

For Intervenor-Respondent:   TAMIR W. ROSENBLUM, Mason Tenders District Council of Greater New York (Joseph J. Vitale, Cohen, Weiss and Simon LLP, *of counsel*), New York, NY

Petition for Review and Cross-Application for Enforcement of an Order of the National Labor Relations Board.

**ON CONSIDERATION WHEREOF**, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the petition for review is **GRANTED**, the NLRB's cross-application for enforcement is **DENIED**, the decision and order of the NLRB are **VACATED**, and the case is **REMANDED** for further proceedings.

Petitioner County Waste of Ulster, LLC petitions for review of the February 11, 2009 decision of the National Labor Relations Board ("NLRB") that County Waste violated section 8(a)(2) of the National Labor Relations Act, 29 U.S.C. § 158(a)(2). Respondent NLRB cross-applies for enforcement of the NLRB order. We assume the parties' familiarity with the facts and procedural history of the case.

The NLRB decision at issue in this case was issued by a two-member panel at a time when the NLRB had only two members. On June 17, 2010, the Supreme Court held that a delegee group of the NLRB could not continue to exercise its delegated authority once the group's and the NLRB's membership fell to two, *New Process Steel, L.P. v. NLRB*, 560 U.S. ---,

No. 08-11457, slip. op. at 13-14 (June 17, 2010), abrogating this Court's decision in *Snell Island SNF LLC v. NLRB*, 568 F.3d 410 (2d Cir. 2009). *See NLRB v. Talmadge Park*, --- F.3d ---, slip. op. at 2-3 (2d Cir. June 23, 2010). Accordingly, the two-member panel of the NLRB did not have the authority to enter a decision and order in this case.

For the foregoing reason, County Waste's petition for review of the NLRB's decision and order is hereby **GRANTED**, the cross-application for enforcement is **DENIED**, the decision and order of the NLRB are **VACATED**, and the case is **REMANDED** for further proceedings.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK